UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    DONALD GRANT ANDERSON<br>    DEBRA JEAN ANDERSON<br>                                    Debtors | CASE NO: 06-31223<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 10,016 | DELL FINANCIAL SERVICES<br>COLLECTION/CONSUMER BANKRUPTCY<br>12234B NORTH I-35<br>AUSTIN, TX  78753 | 0.70 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Certificate of Service   06-31223

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DONALD GRANT ANDERSON<br>P.O. BOX 11144<br>LEXINGTON, KY  40512 | DEBRA JEAN ANDERSON<br>4696 CROFTSHIRE DRIVE<br>KETTERING, OH  45440 | JERRY MEADOWS<br>2600 FAR HILLS AVE<br>SUITE 315<br>DAYTON, OH  45419 |
| (10016.1)<br>DELL FINANCIAL SERVICES<br>COLLECTION/CONSUMER BANKRUPTCY<br>12234B NORTH I-35<br>AUSTIN, TX  78753 | (17.1n)<br>HOUSEHOLD REALTY CORP<br>961 WEIGEL DRIVE<br>BOX 8606<br>ELMHURST, IL  60126 | (21.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                sv